IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAMELA ESBERGER )
 ) No. 3-13-0744
v. )
 )
WILLIAMSON COUNTY )
GOVERNMENT )

O R D E R

In accord with the order entered March 4, 2014 (Docket Entry No. 12), the parties filed a joint mediation report on May 27, 2014 (Docket Entry No. 13), indicating that depositions have been postponed to July of 2014, and that the parties are not yet in a position to assess the settlement value and to determine if ADR would be necessary and productive.

Therefore, as they suggested, the parties shall file another joint mediation report by August 6, 2014, indicating the potential for settlement and propriety of ADR.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge