# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **PAMELA ESBERGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil No. 3:13-cv-0744 |
| v. | ) Judge Sharp |
| | ) |
| **WILLIAMSON COUNTY GOVERNMENT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying memorandum, Defendant's Motion for Summary Judgment as to Plaintiff's Complaint (Docket No. 24) is hereby GRANTED and the case is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to enter judgment in a separate document in accordance with Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE